JS - 6

**FILED: 5/16/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HEIBERGER, et al | )<br>)<br>) |
| Plaintiff, | ) |
|  | ) **CASE NO. 13-2943 GHK (MANx)** |
| vs. | ) |
|  | ) |
| CARIOLA GROUP, LLC, et al | ) **ORDER OF DISMISSAL** |
|  | ) |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled in its entirety,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED:  5/16/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE